**162**

UNITED STATES of America,
Plaintiff—Appellee,

v.

Isadore Dino GUTIERREZ,
Defendant—Appellant.

No. 04–50005.

D.C. No. CR–00–00366–JNK.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 8, 2004.

Decided Aug. 25, 2004.

William P. Cole, Esq., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Elizabeth M. Barros, FPD, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before T.G. NELSON, TASHIMA, and FISHER, Circuit Judges.

ORDER

Defendant–Appellant's unopposed motion for extension of time to file a response to Government's motion is GRANTED. The court has considered Defendant–Appellant's response as well as the Government's reply. The Government's motion to dismiss the appeal as moot is GRANTED, and this appeal is REMANDED TO THE DISTRICT COURT for consideration of whether vacatur is appropriate.